**Order entered February 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01472-CV

### IN THE INTEREST OF H.F. AND C.F., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-13-01148-W**

## ORDER

Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the December 18, 2014 motion of April E. Smith for leave to withdraw as Mother's appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove April E. Smith as counsel of record for Mother. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Christina Fears, 3515 W. Northgate Dr., #703, Irving, TX 75062-8490.

/s/      MOLLY FRANCIS
         JUSTICE